IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GLEN ALAN LANGFORD, JR.,

        Petitioner,        No. 2:14-cv-01284-CL

v.

                              ORDER

RICK COURSEY, EOCI
Superintendent;

        Respondent.

HERNÁNDEZ, District Judge:

        Magistrate Judge Clarke issued a Findings and Recommendation [86] on February 3, 2017, in which he recommends that this Court deny Petitioner's Petition for Writ of Habeas Corpus [2]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

        Petitioner filed timely objections to the Magistrate Judge's Findings & Recommendation. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation,

the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court carefully considered Plaintiff's objections and concludes there is no basis to modify the Findings & Recommendation. The Court also reviewed the pertinent portions of the record *de novo* and finds no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Clarke's Findings and Recommendation [86]. The Court denies Petitioner's Petition for Writ of Habeas Corpus [2]. Because Petitioner has not made a substantial showing of the denial of a constitutional right, pursuant to 28 U.S.C. § 2253(c)(2), the Court declines to issue a Certificate of Appealability.

IT IS SO ORDERED.

DATED this 23 day of April, 2017.

_____Marco Hernandez_____
MARCO A. HERNÁNDEZ
United States District Judge